JOHN FAYOLLE, Appellant, v EAST WEST MANHATTAN PORTFOLIO L.P. et al., Respondents.

Submitted November 3, 2014; decided December 18, 2014

Motion, insofar as it seeks leave to appeal as against East West Manhattan Portfolio L.P., dismissed as untimely (*see* CPLR 5513 [b]); motion for leave to appeal otherwise denied.

RICHARD N. GOLDEN, Respondent, v BERNADETTE M. LYNCH, Appellant.

Submitted November 10, 2014; decided December 18, 2014

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain this motion for leave to appeal from the order of the Appellate Division entered in this proceeding commenced in Civil Court of the City of New York (*see* NY Const, art VI, § 3 [b] [7]; CPLR 5602 [a]). Motion for poor person relief dismissed as academic.

ELIZABETH FRANCIS KERRIGAN, Individually and as Executrix of THOMAS W. CONNELLY, Deceased, Appellant, v METROPOLITAN LIFE INSURANCE COMPANY et al., Respondents.

Submitted December 1, 2014; decided December 18, 2014

Motion by United Policyholders for leave to appear amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

Chief Judge LIPPMAN taking no part.